IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRISTATE CAPITAL BANK, a Pennsylvania state chartered bank, ) ) ) | |
| Plaintiff ) ) | Case No.: 2:21-mc-00400-RJC |
| v. ) ) | Judge: Robert J. Colville |
| CHARLES A. MANTELL, ESQUIRE & DAVID C. NOVICKI, AS CO-EXECUTORS OF THE ESTATE OF LOUIS L. CERUZZI AKA LOUIS CERUZZI AND LOUIS L. CERUZZI, JR., DECEASED, THE ESTATE OF LOUIS L. CERUZZI AKA LOUIS CERUZZI AND LOUIS L. CERUZZI, JR., DECEASED and BVS ACQUISITION CO. LLC, a Delaware limited liability company, ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. ) | |

**ORDER GRANTING MOTION TO PERMIT REGISTRATION OF JUDGMENT**

**AND NOW**, upon consideration of the Motion to Permit Registration of Judgment filed by Tristate Capital Bank;

**IT IS HEREBY ORDERED as follows:**

1. The Motion is GRANTED.

2. Pursuant to 28 U.S.C. § 1963, Tristate Capital Bank is granted leave to register the Judgment (as defined in the Motion) in any jurisdictions in which the Defendants may own assets.

Dated: July 16, 2021
Pittsburgh, Pennsylvania

_____
Hon. Robert J. Colville
United States District Court Judge